No. 13,775.

Rocky Mountain Fuel Company et al. *v.* Maes et al.
(48 P. [2d] 1119)

Decided September 9, 1935.

Judgment affirmed en banc without written opinion.

Mr. Frank C. West, for plaintiffs in error.

Mr. Paul P. Prosser, Attorney General, Mr. M. S. Ginsberg, Assistant, Messrs. Hawkins & Hawkins, for defendants in error.